# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0209–2 | User: admin | Date Created: 2/16/2022 |
| Case: 2–22–02054–PRW | Form ID: pdfattch | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Ilan D Scharf    ischarf@pszjlaw.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    Catherine N. Cervone    One Canalside    125 Main Street    Buffalo, NY 14203–2887

    TOTAL: 1