# CERTIFICATE OF SERVICE

I, Gini L. Downing _____ (name), certify that service of this summons and a copy of the complaint was made February 4, 2022 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Indivior Inc (f/k/a Reckitt Benckiser Pharmaceuticals Inc.)
c/o Phillips Lytle LLP
Attn: Catherine N Eisenhut, Esq
One Canalside
125 Main St
Buffalo, NY 14203

Reckitt Benkiser / Indivior
420 International Blvd, Ste 500
Brooks, KY 40109

Reckitt Benckiser/Indivior
Attn: Rupert Bondy, General Counsel & Company Secretary
Morris Corp. Center 4
399 Interpace Parkway
Parsippany, NJ 07054

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Indivior Inc.
Attn: Justin Plunkett, Vice President
10710 Midlothian Turnpike, Suite 125
North Chesterfield, VA 23235

Corporation Service Company
R/A for Indivior Inc
251 Little Falls Drive
Wilmington, DE 19808

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature   */s/ Gini L. Downing* _____

              Print Name:          Gini L. Downing _____
                                   Pachulski Stang Ziehl & Jones LLP
                                   10100 Santa Monica Blvd.
                                   13th Floor
              Business Address:     Los Angeles, CA 90067 _____

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
R/A for Indivior Inc
251 Little Falls Drive
Wilmington, DE 19808

|||||||||||||||||||||||||||||||||||||||||||||||

9590 9402 3367 7227 2826 78

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6510

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ~~Paul Sisof~~          ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt